```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10728
    ELFORD W WHEET III
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-9578


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/30/06 and confirmed on 11/01/06.

     2.  The case was dismissed after confirmation, 05/16/2008.

     3.  The Debtor paid a total of $   4450.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED VEHIC     7878.36       1035.57       2662.48
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00           .00
ASSOCIATED PATHOLOGISTS/   UNSECURED        NOT FILED           .00           .00
DIRECT TV                  UNSECURED        NOT FILED           .00           .00
FISCHER MANGOLD JOLIET     UNSECURED        NOT FILED           .00           .00
IC SYSTEMS                 UNSECURED        NOT FILED           .00           .00
JOLIET DOCTORS CLINIC SC   UNSECURED        NOT FILED           .00           .00
JOLIET RADIOLOGY           UNSECURED        NOT FILED           .00           .00
KANKAKEE FEDERAL SVGS BK   UNSECURED        NOT FILED           .00           .00
STRUFE & MCCLAREY          UNSECURED        NOT FILED           .00           .00
PRAIRIE EMERGENCY SERVIC   UNSECURED        NOT FILED           .00           .00
PROVENA ST JOSEPH MEDICA   UNSECURED        NOT FILED           .00           .00
SBC AMERITECH              UNSECURED        NOT FILED           .00           .00
SILVER CROSS HOSPITAL      UNSECURED        NOT FILED           .00           .00
SPRINT NEXTEL              UNSECURED          211.86            .00           .00
T MOBILE USA               UNSECURED          355.93            .00           .00
WILL COUNTY MEDICAL ASSO   UNSECURED        NOT FILED           .00           .00
JOHN C DENT                REIMBURSEMENT       44.50            .00         44.50
         Summary of disbursements:

                     SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7878.36        44.50       567.79         .00        8490.65
PRINCIPAL PAID       2662.48        44.50          .00         .00        2706.98
INTEREST PAID        1035.57          .00          .00         .00        1035.57
TOTAL PAID           3698.05        44.50          .00         .00        3742.55
The Debtor's attorney, JOHN C DENT                , was allowed $   3000.00
and was paid $     505.95 .

The Trustee received $     201.50 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 10728 ELFORD W WHEET III